No. 10–8819.   IN RE REMMERT;

No. 10–8829.   IN RE ISMAIL;
No. 10–8887.   IN RE MIEARS;
No. 10–9010.   IN RE HAMILTON; and
No. 10–9654.   IN RE MUJA.   Petitions for writs of mandamus denied.